MATTHEW SCHINDLER, OSB# 96419
PO Box 324
Lake Oswego, OR 97034
Phone: (503) 699-7333
FAX: (503) 345-9372
e-mail: mattschindler@comcast.net

ATTORNEY FOR DEFENDANT DAVID JOHN OVIST

, UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | Case No. CR 11-76 BR |
| vs. | **ORDER GRANTING<br>MOTION FOR RULE 17(C)<br>SUBPOENA *DUCES TECUM*** |
| DAVID JOHN OVIST,<br>Defendant(s). | |

Defendant's motion for issuance of certain subpoenas *duces tecum* directing pretrial production of documents is GRANTED. The defendant may direct subpoenas pursuant to Federal Rule of Criminal Procedure 17(c) to the following people and businesses for documents and records in any form that are relevant to the borrower's statements of income and the lender's marketing practices during the time period covered by the indictment.

The specific subpoenas defendant is authorized to issue include the following:

1. John Palke
   Red Viking Mortgage Company

2. Kao Kamphilavong
   Pacific Mortgage

3. Matthew Ovist/Dungeness Valley Development

4. Sheri McClanahan as an individual/Dungeness Valley Development

5. Opal Franklin as an individual/Triple CCC

6. Estate of Scott Franklin/Triple CCC

7. Brandon Barnett

8. National City Bank -- Custodian of Records

9. JP Morgan -- Custodian of Records

10. Wells Fargo -- Custodian of Records

11. Greenpoint -- Custodian of Records

12. Countrywide Financial -- Custodian of Records

13. American Mortgage -- Custodian of Records

The use of these records will be covered by the previously entered protective order between the parties.

So ordered on Jan. 3, 2012

_____
Honorable Anna J. Brown
United States District Court Judge