Michael J. Farrell, OSB No. 902587
mfarrell@martinbischoff.com
Thomas W. Purcell, OSB No. 114938
tpurcell@martinbischoff.com
MARTIN, BISCHOFF, TEMPLETON,
  LANGSLET & HOFFMAN, LLP
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone: (503) 224-3113
Facsimile: (503) 224-9471

Attorneys for JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOHN OVIST,<br><br>Defendants. | Case No. 3:11-cr-00076-BR1<br><br>STIPULATED PROTECTIVE ORDER RE SUBPOENA ISSUED TO JPMORGAN CHASE BANK, N.A. |

Plaintiff, the United States of America, Defendant David John Ovist, and non-party JPMorgan Chase Bank, N.A. ("Chase") stipulate to the following:

Defendant has submitted a subpoena to non-party Chase, seeking its files and numerous documents and may pursue other discovery and trial testimony regarding a loan made by Chase and regarding Chase's policies and procedures regarding certain business practices ("Protected Materials"). All such information produced shall be strictly subject to the terms of this Order.

Page 1 -  STIPULATED PROTECTIVE ORDER RE SUBPOENA
          ISSUED TO JPMORGAN CHASE BANK, N.A.

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471

1.

Any and all Protected Materials produced pursuant to Defendant's subpoena duces tecum directed to Chase in this matter will not be revealed or provided to any person except in accordance with the protective order already in place relative to discovery produced by the government to the defense, and then only as necessary for defense counsel's responsibilities to defendant in this case.

2.

Chase may redact from the Protected Materials personal information as required by Fed.R.Crim.Pro. 49.1. Chase may also redact from the Protected Materials any information whatsoever that is unrelated to the type of transactions concerning the property at issue, 12450 SW Aspen Ridge, Portland, OR, and the borrower at issue, Jacob Shoop, as well as any information outside of the relevant operative dates between August 31, 2006 and April 17, 2008.

3.

To the extent that any Protected Materials are produced without redactions, recipients of the Protected Materials will, in accordance with Fed.R.Crim.Pro. 49.1, redact all personal information of the borrowers of a sensitive nature including but not limited to Social Security Numbers and other financial account information before presenting the Protected Materials for evidence in this case or distributing them in any way.

4.

At the conclusion of this case, all Protected Materials, and any copies or reproductions thereof, including those that have been distributed to experts and defense team members, shall forthwith be gathered by Plaintiff's and Defendant's attorneys and not distributed further unless needed to address any post-conviction actions.

5.

Counsel for Defendant receiving such Protected Materials shall cause a true copy of the stipulated protective order to be served upon or given to his client.

Page 2 - STIPULATED PROTECTIVE ORDER RE SUBPOENA ISSUED TO JPMORGAN CHASE BANK, N.A.

MARTIN, BISCHOFF, TEMPLETON, LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471

6.

Except with the prior written consent of Chase or pursuant to court order, any Protected Materials under this Order, and any information contained solely in, or derived from, such Protected Materials may not be disclosed other than in accordance with this Order and may not be disclosed to any person other than the Court and:

    A. Parties to this case, and their employees or agents;

    B. Counsel for the respective parties to this case and clerks, paralegals, secretaries or other employees of counsel;

    C. Witnesses expected to be deposed or to testify in court or by affidavit in this case;

    D. Experts specially retained as consultants or expert witnesses in connection with this case;

    E. Any stenographer, court reporter or videographer present in his or her official capacity at any hearing, deposition or other proceeding in this case;

7.

Documents produced pursuant to this order shall not be made available to any person designated in subparagraphs 6 C or D unless he or she shall have first read this Order and agreed to be bound by its terms, and signed the attached Declaration of Compliance. Counsel for both Plaintiff and Defendant shall maintain the original signed agreements and an accurate list of all such persons. The list need not be revealed to other parties during the pendency of this litigation unless other parties show good cause to believe that the expert or consultant has not signed the Declaration of Compliance or that confidential documents and information produced in this case have been disseminated or used contrary to the terms of this Order.

///

///

///

Page 3 - STIPULATED PROTECTIVE ORDER RE SUBPOENA ISSUED TO JPMORGAN CHASE BANK, N.A.

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471

8.

This Order shall remain in effect until dissolved or modified by order of this Court upon good cause shown or the written consent of all parties bound thereby.

IT IS SO ORDERED this /0th day of July, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO STIPULATED:

/s/Michael J. Farrell
Michael J. Farrell, OSB No. 902587
MARTIN, BISCHOFF, TEMPLETON,
LANGSELT & HOFFMAN, LLP
900 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
P: 503-224-3113
F: 503-224-9471
Email: mjfarrell@martinbischoff.com
Of Attorneys for JPMorgan Chase Bank, N.A.


/s/Philip A. Lewis
Philip A. Lewis, OSB No. 782840
Matthew A. Schindler, OSB No. 964190
Attorneys at Law
P.O. Box 324
Lake Oswego, Oregon 97034
P: 503-699-7333
F: 503-345-9372
Email: phil@phillewis.com
Email: mattschindler@comcast.net
Of Attorneys for Defendant


/s/Scott E. Asphaug
Scott E. Asphaug, OSB No. 833674
Assistant United States Attorney
US Attorney's Office
1000 SW 3d Ave Ste 600
Portland, Oregon 97204
P: 503-727-1008
F: 503-727-1117
Email: scott.asphaug@usdoj.gov

Page 4 -   STIPULATED PROTECTIVE ORDER RE SUBPOENA
            ISSUED TO JPMORGAN CHASE BANK, N.A.

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471

## DECLARATION OF COMPLIANCE

I, _____, declare as follows:

1. My address is _____.

2. My present employer is _____.

3. My present occupation or job description is _____.

4. I have received a copy of the Stipulated Protective Order entered in this action on _____, 20____.

5. I have carefully read and understand the provisions of this Stipulated Protective Order.

6. I will comply with all provisions of this Stipulated Protective Order.

7. I will hold in confidence, and will not disclose to anyone not qualified under the Stipulated Protective Order, any information, documents or other materials produced subject to this Stipulated Protective Order.

8. I will use such information, documents or other materials produced subject to this Stipulated Protective Order only for purposes of this present action.

9. Upon termination of this action, or upon request, I will return and deliver all information, documents or other materials produced subject to this Stipulated Protective Order, and all documents or things which I have prepared relating thereto, which documents are the subject of the Stipulated Protective Order, to my counsel in this action, or to counsel for the party by whom I am employed or retained or from whom I received the documents.

10. I hereby submit to the jurisdiction of this Court for the purposes of enforcing the Stipulated Protective Order in this action.

/ / /

/ / /

Page 5 -   STIPULATED PROTECTIVE ORDER RE SUBPOENA ISSUED TO JPMORGAN CHASE BANK, N.A.

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471

I declare under penalty of perjury under the laws of the United States that the following is true and correct.

EXECUTED this _____ day of _____, 2012, at _____.

_____
QUALIFIED PERSON

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471